## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Tanya Washington | ) | Chapter 13 |
| | ) | Case No. 18 B 17465 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Tanya Washington  
18721 Castle Dargan Drive  
Country Club Hills, IL 60478

Debtor Attorney: Semrad Law Firm LLC  
via Clerk's ECF noticing procedures

On September 06, 2018 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, August 30, 2018.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/19/2018.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

5. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

6. The debtor(s) have failed to amend schedule H to list co-signed debt.

7. The debtor(s) have failed to file a feasible plan. The proposed plan now runs 64 months.

8. The debtor failed to amend schedule C to correct exemption.

9. The debtor failed to amend schedule I to correct income.

10. The debtor failed to amend plan to correct collateral description for Condo Association.

11. The debtor failed to amend plan to address the secured portion of the IRS proof of claim.

12. The debtor failed to amend plan to provide interest to unsecured creditors because of equity.

13. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>224 S Michigan Ave<br>Ste 800<br>Chicago, IL  60604<br>(312) 431-1300 | /s/ MARILYN O. MARSHALL<br>MARILYN O. MARSHALL, TRUSTEE |