## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 17465 |
| Tanya Washington, | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO: Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on November 1, 2018, at 9:30 a.m. I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on October 11, 2018.

/s/ *Roger Leshinsky*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-17465<br>Northern District of Illinois<br>Chicago<br>Thu Oct 11 16:49:21 CDT 2018 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American InfoSource LP (agent for Midland Fu<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | American InfoSource LP (agent for Verizon)<br>PO Box 248838<br>c/o Amanda Matchett<br>Oklahoma City, OK 73124-8838 | CACH LLC<br>1001 E Chicago Ave<br>Suite 121<br>Naperville, IL 60540-5500 |
| CAP1/CBELA<br>4800 NW 1ST ST STE 300<br>LINCOLN, NE 68521-4463 | CAPITAL ONE AUTO FINAN<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 | CAPITAL ONE BANK (USA), N.A. - CABELA'S<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 |
| CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA, CA 92821-6733 | Capital One Auto Finance<br>a division of Capital One NA<br>c/o AIS Portfolio Services LP<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>By American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 |
| City of Calumet City<br>Municipal Collections of America Inc<br>3348 Ridge Road<br>Lansing IL 60438-3112 | City of Chicago Department of Revenue<br>121 North LaSalle Street<br>Chicago, IL 60602-1252 | City of Country Club Hills<br>PO Box 7690<br>Carol Stream, IL 60197-7690 |
| Cook County Treasurer's Office<br>118 North Clark Street - Room 112<br>Chicago, IL 60602-1590 | Cook County Treasurer's office<br>Po Box 805438<br>Chicago, IL 60680-4155 | HARRIS<br>111 WEST JACKSON BOULEVARD SUITE 400<br>CHICAGO, IL 60604-4135 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MCSI Collection Agency<br>PO Box 327<br>Palos Heights, IL 60463-0327 | MUNICOLLOFAM<br>3348 RIDGE ROAD<br>LANSING, IL 60438-3112 |
| NORDSTROM/TD BANK USA<br>PO BOX 6555<br>ENGLEWOOD, CO 80155-6555 | PENTAGON FEDERAL CR UN<br>P O BOX 1432<br>ALEXANDRIA, VA 22313-1432 | PERITUS PORTFOLIO SERVICES II / WOLLEMI<br>PO BOX 141419<br>IRVING, TX 75014-1419 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Park of River Oaks Condominium Association<br>175 N Archer Ave<br>Mundelein, IL 60060-2301 | Park of River Oaks Condominium Association 1<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, IL 60060-2301 |

| | | |
|---|---|---|
| Park of River Oaks Homeowners Association<br>175 N. Archer Ave<br>Mundelein, IL 60060-2301 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | The Park of River Oaks Homeowners Associatio<br>c/o Kovitz Shifrin Nesbit<br>175 North Archer Avenue<br>Mundelein, IL 60060-2301 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | USDOE/GLELSI<br>PO Box 8973<br>Attn: Mary Moua<br>Madison, WI 53708-8973 | Village of Olympia Fields<br>Municipal Collections of America Inc<br>3348 Ridge Road<br>Lansing IL 60438-3112 |
| Hilary L Jabs<br>The Semrad Law Firm, LLC<br>20 S Clark St<br>#28<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Tanya Washington<br>18721 Castle Dargan Drive<br>Country Club Hills, IL 60478-5827 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Irs Mail Stop 4100 P-3<br>Kansas City, MO 64999 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO Box 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Homewood Shores Condominium Association | (u)Park of River Oaks Condominium Association | (u)Park of River Oaks Homeowners Association |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 17465 |
| Tanya Washington, ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Tanya Washington, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On June 19, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan on September 6, 2018.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 103.75% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $2,500.00 monthly for 60 months.

5. Debtor respectfully requests this Honorable Court to amend Part 3.1 of the Chapter 13 Plan to (1) add creditor Homewood Shores Condominium Association; (2) list their collateral property as 820 Elder Rd, Homewood, IL 60430; (3) provide a current installment payment of $277.90 paid by the Trustee; (4) list the amount of arrearage as $6,505.05; (5) Provide an interest rate of 0%; (6) list the monthly payment on arrearage as $110.00 per month and; (7) provide $23,179.05 as the estimated total payments made by the trustee.

6. Debtor further requests this Honorable Court to increase the current Chapter 13 plan payment to $2,900.00 per month.

7. Debtor is in a position to proceed with the instant case.

8. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order amending Part 3.1 of the Chapter 13 Plan to (1) add creditor Homewood Shores Condominium Association; (2) list their collateral property as 820 Elder Rd, Homewood, IL 60430; (3) provide a current installment payment of $277.90 paid by the Trustee; (4) list the amount of arrearage as $6,505.05; (5) Provide an interest rate of 0%; (6) list the monthly payment on arrearage as $110.00 per month and; (7) provide $23,179.05 as the estimated total payments made by the trustee; and

B. That this Honorable Court enter an Order increasing the current Chapter 13 plan payment to $2,900.00 per month; and

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Roger Leshinsky*
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625