UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-17465 |
| Tanya Washington ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the current plan is amended at Part 3.1 of the Chapter 13 Plan to (1) add creditor Homewood Shores Condominium Association; (2) list their collateral property as 820 Elder Rd, Homewood, IL 60430; (3) provide a current installment payment of $277.90 paid by the Trustee; (4) list the amount of arrearage as $6,505.05; (5) Provide an interest rate of 0%; (6) list the monthly payment on arrearage as $110.00 per month and; (7) provide $23,179.05 as the estimated total payments made by the trustee.

2. That the current Chapter 13 plan payment is increased to $2,900.00 per month.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 01, 2018

**Prepared by:**