Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  18−17465
Chapter:  13
Judge:  Timothy A. Barnes

In Re:
  Tanya Washington
  18721 Castle Dargan Drive
  Country Club Hills, IL 60478

Social Security / Individual Taxpayer ID No.:
  xxx−xx−3500

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 7, 2019

FOR THE COURT

Dated: March 8, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 18-17465-TAB
Tanya Washington                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vgossett          Page 1 of 2          Date Rcvd: Mar 08, 2019
                             Form ID: ntcdsm           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db          +Tanya Washington,   18721 Castle Dargan Drive,   Country Club Hills, IL 60478-5827
26838874    +CACH LLC,   1001 E Chicago Ave,   Suite 121,   Naperville, IL 60540-5500
26838860    +CAP1/CBELA,   4800 NW 1ST ST STE 300,   LINCOLN, NE 68521-4463
26929043     CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
26838864    +CMRE. 877-572-7555,   3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
26838867    +City of Calumet City,   Municipal Collections of America Inc,   3348 Ridge Road,
              Lansing IL 60438-3112
26838872    +City of Chicago Department of Revenue,   121 North LaSalle Street,   Chicago, IL 60602-1252
26838873    +City of Country Club Hills,   PO Box 7690,   Carol Stream, IL 60197-7690
26838868    +Cook County Treasurer's office,   Po Box 805438,   Chicago, IL 60680-4155
27292887    +Homewood Shores Condominium Association,   18400 Cherry Creek Dr.,   Homewood, IL 60430-2928
26838878    +MCSI Collection Agency,   PO Box 327,   Palos Heights, IL 60463-0327
26838877    +MUNICOLLOFAM,   3348 RIDGE ROAD,   LANSING, IL 60438-3112
26838870    +Park of River Oaks Condominium Association,   175 N Archer Ave,   Mundelein, IL 60060-2301
26838869    +Park of River Oaks Homeowners Association,   175 N. Archer Ave,   Mundelein, IL 60060-2301
26936752     UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
              MADISON, WI 53708-8973
26838862    +USDOE/GLELSI,   PO Box 8973,   Attn: Mary Moua,   Madison, WI 53708-8973
27004694    +Village of Olympia Fields,   Municipal Collections of America Inc,   3348 Ridge Road,
              Lansing IL 60438-3112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26838871    +EDI: AIS.COM Mar 09 2019 06:58:00      American InfoSource LP (agent for Midland Funding),
              PO Box 268941,   Oklahoma City, OK 73126-8941
26838875    +EDI: AIS.COM Mar 09 2019 06:58:00      American InfoSource LP (agent for Verizon),
              PO Box 248838,   c/o Amanda Matchett,   Oklahoma City, OK 73124-8838
26838858    +EDI: CAPONEAUTO.COM Mar 09 2019 06:58:00      CAPITAL ONE AUTO FINAN,   3901 DALLAS PKWY,
              PLANO, TX 75093-7864
26838861    +E-mail/Text: jmalone@arcmgmt.com Mar 09 2019 02:16:22      CAPITALONE,
              c/o Pollack & Rosen, P.C,   1825 Barrett Lakes Blvd Suite 510,   Kennesaw, GA 30144-7519
26858460    +EDI: AISACG.COM Mar 09 2019 06:58:00      Capital One Auto Finance,
              a division of Capital One NA,   c/o AIS Portfolio Services LP,   4515 N Santa Fe Ave Dept APS,
              Oklahoma City, OK 73118-7901
26858372    +EDI: AISACG.COM Mar 09 2019 06:58:00      Capital One Auto Finance, a division of Capital On,
              AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
26945928     EDI: CAPITALONE.COM Mar 09 2019 06:58:00      Capital One Bank (USA), N.A.,
              By American InfoSource LP as agent,   PO Box 71083,   Charlotte, NC  28272-1083
26881056    +EDI: PHINHARRIS Mar 09 2019 06:58:00      City Of Chicago Department of Finance,
              C/O Arnold Scott Harris P.C.,   111 W Jackson Blvd Suite 600,   Chicago, IL 60604-3517
26856509    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Mar 09 2019 02:16:10
              Cook County Treasurer's Office,   118 North Clark Street - Room 112,   Chicago, IL 60602-1590
26838865    +EDI: PHINHARRIS Mar 09 2019 06:58:00      HARRIS,   111 WEST JACKSON BOULEVARD SUITE 400,
              CHICAGO, IL 60604-4135
26838866     EDI: IRS.COM Mar 09 2019 06:58:00      IRS,   Irs Mail Stop 4100 P-3,   Kansas City, MO 64999
26838863    +E-mail/Text: bnc@nordstrom.com Mar 09 2019 02:15:02      NORDSTROM/TD BANK USA,   PO BOX 6555,
              ENGLEWOOD, CO 80155-6555
26838859    +E-mail/Text: bkrgeneric@penfed.org Mar 09 2019 02:14:43      PENTAGON FEDERAL CR UN,
              P O BOX 1432,   ALEXANDRIA, VA 22313-1432
26932581     E-mail/Text: peritus@ebn.phinsolutions.com Mar 09 2019 02:17:07
              PERITUS PORTFOLIO SERVICES II / WOLLEMI,   PO BOX 141419,   IRVING, TX  75014-1419
26838876     EDI: PRA.COM Mar 09 2019 06:58:00      PORTFOLIO RECOVERY ASSOCIATES LLC,   PO Box 41067,
              Norfolk, VA 23541
26855336    +E-mail/Text: NDAILY@KSNLAW.COM Mar 09 2019 02:15:21
              Park of River Oaks Condominium Association 1B,   c/o Kovitz Shifrin Nesbit,
              175 N. Archer Ave.,   Mundelein, IL 60060-2301
27026605    +E-mail/Text: bncmail@w-legal.com Mar 09 2019 02:16:06      SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
26855555    +E-mail/Text: NDAILY@KSNLAW.COM Mar 09 2019 02:15:21
              The Park of River Oaks Homeowners Association,   c/o Kovitz Shifrin Nesbit,
              175 North Archer Avenue,   Mundelein, IL 60060-2301
                                                                                         TOTAL: 18
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: vgossett        Page 2 of 2          Date Rcvd: Mar 08, 2019
                             Form ID: ntcdsm        Total Noticed: 35
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
          Benjamin  Rooney    on behalf of Creditor   Homewood Shores Condominium Association
           ben@keaycostello.com,  kim@keaycostello.com
          Hilary L Jabs    on behalf of Debtor 1 Tanya  Washington hjabs@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rodion  Leshinsky   on behalf of Debtor 1 Tanya  Washington rleshinsky@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Ronald J. Kapustka    on behalf of Creditor   Park of River Oaks Homeowners Association
           ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
          Ronald J. Kapustka    on behalf of Creditor   Park of River Oaks Condominium Association 1B
           ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
                                                                        TOTAL: 7
```